No. 112. ANTIQUE *v.* FIGUEROA.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the ground of noncompliance with the provisions of sections 219 of the Code of Civil Procedure and 50 and 54 of the Regulations. Decided November 21, 1905. The motion was allowed and the appeal dismissed. *Mr. Freyre Barbosa,* for petitioner.

No. 61. TORRES *v.* RIVERA ET AL.—Appeal from the District Court of Mayagüez. Decided November 23, 1905. Withdrawn on motion of the appellant. *Messrs. Acuña and Méndez,* for appellant.

No. 73. THE RAILWAY COMPANY OF PORTO RICO ET AL. *v.* LA LÍNEA FÉRREA DEL OESTE ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the ground that the order appealed from denying the stay of the proceedings of execution for the recovery of costs was not appealable. Decided November 27, 1905. The motion was allowed and the appeal dismissed. *Mr. Hernández Usera,* for petitioner; *Mr. Mott,* for adverse party.